UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOUGLAS B. STALLEY, etc.,

    Plaintiff,

vs.                                                         CASE NO. 8:06-CIV-2328-T-17-EAJ

ADVENTIST HEALTH SYSTEM, etc.,
et al.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO DISMISS

      This cause is before the Court on the defendants' motion to dismiss (Docket No. 4), supporting documents (Docket Nos. 6, 11-12 & 21-22), and response thereto (Docket Nos. 8). This case, like many others brought across this country and this district, was brought as a *qui tam* action on behalf of the United States of America, under the Medicare Secondary Payer Act (MSP) to recover conditional Medicare payments for the Medicare Trust Fund. Plaintiff does not allege any personal injury or entitlement to benefits under Medicare but still he seeks damages twice the amount of the alleged unpaid reimbursement to Medicare plus interest, fees, and costs pursuant to 42 U.S.C. § 1395(b)(2)(A).

      Across the country and across this district, virtually identical cases to the instant case have been filed by Mr. Stalley and Erin Brockovich. Many of these cases have been tested by

motions to dismiss and have been dismissed .[1] The "majority, if not all, rulings rendered in those repeat actions conclude that Plaintiff does not have standing under the MSP because the Act does not provide for a *qui tam* right of action." *Stalley v Wuesthoff Health Systems, Inc.*, Case No. 6:06-CIV-1885-ORL-19.

This Court has reviewed the applicable law and the submissions of both parties. Based on this review, this Court finds no reason to depart from the well reasoned conclusions reached by the various district courts, that the MSP's private right of action does not allow for *qui tam* actions, and, therefore, this Court joins in their reasoning.  Accordingly, it is

**ORDERED** that the motion to dismiss (Docket No. 4) be **granted** with prejudice and the Clerk of Court is directed to close this case and terminate any other pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 25th day of April, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties and Counsel of Record

---

[1]. The cases include: *Stalley v Wuesthoff Health Systems, Inc.*, Case No. 6:06-CIV-1885-ORL-19, *Stalley v Orlando Regional Healthcare System, Inc.*, Case No. 6:06-CIV-1824-ORL-31, *Stalley v Sumner Regional Health Systems, Inc., et al.,* Case No. 2:06-0074-Judge Echols, and *Stalley v Methodist Healthcare, et al.,* Case No. 06-2605-M1/A.